18-03-5291

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF COURTNEY COPELAND, Deceased, by SHAPEARL WELLS, Independent Administrator | ) ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | No. 18 CV 01596 |
| CITY OF CHICAGO, CHICAGO POLICE OFFICER ANDREW BLOCK, CHICAGO POLICE OFFICER JAVIER ESCANIO, CHICAGO POLICE OFFICER RYAN LEON, UNKNOWN JOHN DOE CHICAGO POLICE OFFICERS 1-10, UNKNOWN CHICAGO FIRE DEPARTMENT PERSONNEL 1-10 | ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Rebecca R. Pallmeyer Magistrate Judge Hon. Young B. Kim |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

NOW COME the Defendants, CITY OF CHICAGO, a municipal corporation, OFFICER ANDREW BLOCK, AND OFFICER JAVIER ESCANIO, by and through their attorneys, HARTIGAN & O'CONNOR P.C., and hereby move, pursuant to the Federal Rules of Civil Procedure, for an enlargement of time to answer or otherwise plead to Plaintiff's Complaint, within twenty-eight (28) days herein.

Respectfully Submitted,

/s/Michael R. Hartigan
Michael R. Hartigan, one of the attorneys for the Defendants, City of Chicago, a municipal corporation, Officer Andrew Block and Officer Javier Escanio

Michael R. Hartigan, ARDC No. 06272365
Patrick H. O'Connor, ARDC No. 06207351
HARTIGAN & O'CONNOR P.C.
53 West Jackson Blvd., Suite 460
Chicago, IL 60604
Tel. 312/235-8880
Fax 312/235-8884

. **CERTIFICATE OF SERVICE VIA U.S MAIL**

TO: All attorneys of record (see service list below)

The undersigned, an attorney, states that he served the foregoing document upon each party to whom it is directed, by mailing same in properly addressed postage paid envelopes and depositing same in the U.S. Mail chute at 53 West Jackson Blvd., Chicago, IL at or about 5:00 p.m. on this 22nd day of May, 2018.

/s/Michael R. Hartigan

SERVICE LIST:

Attorneys for Plaintiff:
Carlton E. Odim
ODIM LAW OFFICES
225 W. Washington ST., Suite 2200
Chicago, IL 60606
Tel. 312/578-9390   Fax: 312/
Email: carlton@odimlawoffices.com,carlton@actioninjurylawgroup.com,caruaodim@gmail.com

Andrew M. Stroth
ACTION INJURY LAW GROUP LLC
191 N. Wacker Dr., suite 2300
Chicago, IL 60606
Tel. 312/735-4045   Fax: 312/
Email: astroth@actioninjurylawgroup.com

Amanda S. Yarusso, Attorney at Law
111 W. Washington St., Suite 1500
Chicago, IL 60602
Tel. 773/510-6198   Fax: 772/
Email: amanda.yarusso@gmail.com,ayarusso@jackowiaklaw.com

Attorney for Defendants
Michael R. Hartigan
Patrick H. O'Connor
HARTIGAN & O'CONNOR P.C.
53 West Jackson Blvd., Suite 460
Chicago, IL 60604
Tel. 312/235-8880
Fax 312/235-8884
Email: mhartigan@hartiganlaw.com
        patoconnor@hartiganlaw.com
Legal Assistant: Janet Owen, mail @hartiganlaw.com