UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF COURTNEY COPELAND, ) <br> DECEASED, BY SHAPEARL WELLS, ) <br> INDEPENDENT ADMINISTRATOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF CHICAGO, ANDREW BLOCK, ) <br> JAVIER ESCANIO, AND RYAN LEON, ) <br> ) <br> Defendants. ) | No.: 18 C 1596 <br><br> Judge Rebecca R. Pallmeyer <br> Magistrate Judge Young B. Kim |

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
PURSUANT TO FRCP 41(a)(2)**

Plaintiff, through counsel, brings the following unopposed motion to dismiss the claims against Defendants without prejudice:

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff moves the Court for an order dismissing her claims against Defendants without prejudice, and with each party bearing their own costs and attorneys' fees.

Plaintiff's counsel has conferred with Defendants' counsel and the Defendants do not oppose this motion.

Respectfully submitted,

/s/ Amanda S. Yarusso
One of the Attorneys for Plaintiff

Andrew M. Stroth
ACTION INJURY LAW GROUP, LLC
191 N. Wacker Drive
Suite 2300
Chicago, Illinois 60606

1

(312) 771-2444
astroth@actioninjurylawgroup.com

Carlton Odim
ODIM LAW OFFICES
225 W. Washington Street
Suite 2200
Chicago, Illinois 60606
(312) 578-9390
carlton@odimlawoffices.com

Amanda S. Yarusso
111 W. Washington Street
Suite 1500
Chicago, Illinois 60602
(773) 510-6198
amanda.yarusso@gmail.com

ATTORNEYS FOR PLAINTIFF

2